G. W. Ludwick, plaintiff and appellee, v. Helen Deutsch, defendant and appellant.

Action for damage to plaintiff's automobile in a collision with one owned by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

LeForgee, Black & Samuels and Swallow & Bookwalter, for appellant. Stephens & Wicks and Edward E. Gale, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Peyton E. Kries, appellant, v. W. W. Hughes, appellee.

Judgment, taken on a judgment note, opened and defense allowed. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

George B. Gillespie, for appellant; George M. Gillespie and Thomas E. Gillespie, of counsel. W. St. J. Wines, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Paul Murray, administrator, defendant in error, v. Standard Pecan Company, plaintiff in error.

Action upon an agreement written upon the back of corporate stock sold to plaintiff's intestate to repurchase such stock. Judgment for plaintiff. Error to the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

Livingston & Whitmore, for plaintiff in error; Stella E. Whitmore, of counsel. Leslie J. Owen and Stone & Dick, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

Flora M. Nelson, appellee, v. Richard Elmer Nelson, appellant.

Suit for separate maintenance. Cross-bill asking annulment of marriage. Cross-bill dismissed and decree for alimony and solicitor's fees granted. Appeal from the Circuit Court of Hancock county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922. Certiorari denied by Supreme Court (making opinion final).

Williams & Williams and Mack & Mack, for appellant. O'Harra, O'Harra & O'Harra, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Bert Robertson and Charles A. Smith, appellees, v. Farmers' Elevator Company of Homer, Illinois, appellant.

Assumpsit for the purchase price of oats sold to defendant by plaintiffs' chattel mortgagor. Judgment for plaintiffs. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1922. Reversed and judgment here. Opinion filed October 25, 1922. Rehearing denied December 19, 1922.